1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ADRIANA F. MUNOZ,

          Plaintiff,

   v.

ANDREW SAUL, Commissioner of Social Security,

          Defendant.

CASE NUMBER: 1:20-cv-01531-GSA

**ORDER GRANTING APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

(Doc. 2)

     Plaintiff's having applied to proceed without prepayment of fees (*in forma pauperis*) pursuant to 28 U.S.C. § 1915, the Court hereby ORDERS that the application is granted.  The Clerk of Court is hereby ordered to issue summons, and the United States Marshal is ordered to serve a copy of the complaint, summons and this order upon the Defendant.  All costs of service shall be advanced by the United States.

IT IS SO ORDERED.

    Dated:  __**November 2, 2020**__         _____**/s/ Gary S. Austin**_____
                                            UNITED STATES MAGISTRATE JUDGE

1