IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA F. MUNOZ,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　　　　　Defendant. | CASE NO. 1:20-cv-01531-GSA<br><br>MOTION FOR WAIVER OF REQUIREMENT FOR DEFENDANT TO FILE PAPER COPY OF CERTIFIED ADMINISTRATIVE RECORD WITH THE COURT; ORDER<br><br>(Doc. 12) |

　　　Defendant Andrew Saul, Commissioner of Social Security, hereby moves for waiver of the Court's requirement to file a hard copy of the Certified Administrative Record (Dkt. 5 at 1). Due to the COVID-19 health emergency, Defendant is presently unable to produce a hard copy of the record to comply with the Scheduling Order. Accordingly, the Commissioner respectfully requests that the Court excuse him from the requirement.

Dated: June 24, 2021　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　　*/s/ Jeffrey J. Lodge*
　　　　　　　　　　　　　　　　　　　　JEFFREY J. LODGE
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney


**IT IS SO ORDERED.**

Dated:　**June 24, 2021**　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1