# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA F. MUNOZ,<br><br>        Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI, Commissioner of Social Security,<br><br>        Defendant. | CASE NUMBER: 1:20-cv-01531-GSA<br><br>**ORDER DIRCTING PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF**<br><br>(Doc. 20) |

Defendant moves for a 30-day extension of time from November 29, 2021 to December 29, 2021 to file a response brief as counsel has two other briefs due in the next two days, one in the Eastern District of Texas and the other in the Northern District of Mississippi.

Defendant sought the extension on the day of the deadline after requesting consent from opposing counsel via email on the same day and receiving no response. Given the timing of the extension request, Defendant's deadline has now come and gone without leave of Court and without Plaintiff's consent. The Court is reluctant to act on the motion without first obtaining a response from Plaintiff to the motion.

Accordingly, it is **ORDERED** that Plaintiff is **DIRECTED** to respond to the motion within 7 days of the entry of this order.

IT IS SO ORDERED.

Dated: __**November 30, 2021**__            __**/s/ Gary S. Austin**__
                                                   UNITED STATES MAGISTRATE JUDGE